**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Plaintiff is directed to respond to Defendant's letter (Doc. 20) by September 4, 2026 at 12:00 p.m.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 2, 2026

September 1, 2026

*via ECF*

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Connolly v. Create Wellness, Inc.*, No. 7:26-cv-3324-PMH (S.D.N.Y.)**
**Letter Regarding Status Update**

Dear Judge Halpern:

Defendant Create Wellness, Inc. ("Create") writes to provide the status update the Court requested in its Court's August 18, 2026 Minute Entry. There, the Court directed Create to advise the Court by today of the case's settlement status and whether the parties request an order of reference to a magistrate judge for settlement purposes.

Since the pre-motion conference on August 18, 2026, the plaintiff, John Connolly, has not contacted Create to indicate an intent to engage in further settlement discussions or that he would like to mediate this action. Nevertheless, Create is open to considering a settlement demand if the plaintiff chooses to make one. Depending upon whether the plaintiff does make a demand, and its reasonableness, Create may be open to a referral to a magistrate judge, but it does not appear that such would be productive at this time.

We thank the Court for its consideration of this matter, and we will make ourselves available should the Court have any questions.

Respectfully submitted,

Colleen Carey Gulliver

cc: All Counsel of Record (via email)