**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOHN CONNOLLY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CREATE WELLNESS, INC.,

Defendant.

Civil Action No. 7:26-cv-3324-PMH

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Connolly hereby voluntarily dismisses his claim *with* prejudice against Defendant Create Wellness, Inc. Each party shall bear its own costs.

Dated: September 22, 2026

Respectfully submitted,

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 24, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta
Matthew A. Girardi
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com
mgirardi@bursor.com

**BURSOR & FISHER, P.A.**
Caroline C. Donovan
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: cdonovan@bursor.com

*Counsel for Plaintiff*